NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARCO ANTONIO GALLO-RODRIGUEZ,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2012-5136

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-0782, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

Marco Antonio Gallo-Rodriguez moves unopposed for an extension of time, until December 24, 2012, to file his informal reply brief. Gallo-Rodriguez also moves for leave to file a corrected page 6 of his informal reply brief.

In his motion to file a corrected page 6, Gallo-Rodriquez states that he was including a copy of page 6 showing the excerpt which should be stricken as well as a

MARCO GALLO-RODRIGUEZ V. US                                    2

copy of page 6 with the text which should replace that stricken.  It appears, however, that Gallo-Rodriguez failed to attach the revised page 6.

Upon consideration thereof,

IT IS ORDERED THAT:

1)  The motion for an extension of time is granted. Gallo-Rodriguez's informal reply brief submitted on December 17, 2012 is accepted for filing.

2)  The motion to file a corrected informal reply brief filed on December 19, 2012 is denied without prejudice to refiling.  Gallo-Rodriguez may file a corrected informal reply brief within 30 days of the date of this order.  Any corrected informal reply brief filed must include all pages.

FOR THE COURT


    /s/ Jan Horbaly
    Jan Horbaly
    Clerk

s25